KING SOLOMON MEMORIAL PARK v. MAYOR AND COUNCIL
OF THE CITY OF CLIFTON.

September 25, 1989.

Petition for certification denied.

EVAN MAKOPOULOS, ETC. v. WALT DISNEY WORLD,
INC., ET AL.

September 25, 1989.

Petition for certification denied.

TOWNSHIP OF WEST MILFORD v. GERALD AND
JUANITA VAN DECKER.

September 25, 1989.

Petition for certification denied. (See 235 *N.J.Super.* 1).

FRANK VIGNOLA v. JO ANN VIGNOLA.

September 25, 1989.

Petition for certification denied.